# **EXHIBIT 2**

To Notice of Removal

Case No. 1:14-cv-01698

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

FS Agreement No.     <u>11-CS-11132424-310</u>
Cooperator Agreement No.

# CHALLENGE COST SHARE AGREEMENT
### Between
## COMMUNITY FOUNDATION FOR NATIONAL CAPITAL REGION
### And The
## USDA, FOREST SERVICE˙
## RECREATION, HERITAGE, AND VOLUNTEER RESOURCES STAFF

This CHALLENGE COST SHARE AGREEMENT is hereby made and entered into by and between the COMMUNITY FOUNDATION FOR NATIONAL CAPITAL REGION , hereinafter referred to as "The Community Foundation," and the USDA, Forest Service, Recreation, Heritage, and Volunteer Resources staff, hereinafter referred to as the "U.S. Forest Service," under the authority:  Interior and Related Appropriations Act of 1992, Public Law 102-154.

<u>Background</u>: The Forest Service manages 193 million acres on 155 national forests and 20 grasslands in 44 States and Puerto Rico, and helps improves land stewardship outside the National Forest System. Through partnerships among the Forest Service, other federal agencies, and state and local organizations, the Forest Service builds connections with rural and urban communities, With the changing demographics of the country, the Forest Service recognizes the need to increase the capacity of its volunteer programs, in particular, its ability to recruit volunteers from among non-traditional users, under-served communities, and urban youth in these communities.

Volunteers are the life-blood of the Forest Service.  Every year, volunteers undertake a host of projects, including, among others, building and maintaining trails, helping protect and restore native ecosystems, and providing conservation education.  Yet, the current Forest Service infrastructure for managing volunteer programs is inconsistent across the agency, according to a recent volunteer assessment. Several regions, districts, and forests have begun to rely on interns and work-study programs as a cost-effective way to help stabilize and enhance volunteer programs.

The use of interns as part of a volunteer coordination strategy also benefits the student.  Students are able to receive hands-on experience with the ability to apply classroom and textbook theories to a "real world" setting.  They also can gain contacts and networking opportunities with an insider's view to a possible career path or entry level position with the Forest Service. For minority students, many of whom do not typically have access to these types of opportunities, internships with the Forest Service can be very beneficial.

<u>Title</u>: Service-wide Challenge Cost Share with the Community Foundation for National Capital Region

## I.   PURPOSE:



 USDA, Forest Service

OMB 0596-0217
FS-1500-10

The purpose of this agreement is to document the cooperation between the parties to help build the next generation of environmental leaders, stewards, and volunteers from under-represented and minority communities through a new national program of the Community Foundation for National Capital Region, a program called MobilizeGreen, in accordance with the following provisions and the hereby incorporated Operating and Financial Plan, attached as Exhibit A.

## II.   STATEMENT OF MUTUAL BENEFIT AND INTERESTS:

In partnership with the Forest Service, the Los Angeles Conservation Corps, and the West Virginia Conservation Corps, the Community Foundation proposes to tailor its innovative diversity internship program to The proposed goals of the program are to:

- Increase the diversity and numbers of volunteers and community partners engaged in each forest in each region;
- Expose diverse college students to potential careers at the Forest Service;
- Teach core content about environmental issues (climate, energy, and sustainability), professional skills, and stewardship to interns; and
- Increase youth volunteerism and stewardship.

In Consideration of the above premises, the parties agree as follows:

## III.   THE COMMUNITY FOUNDATION FOR NATIONAL CAPITAL REGION SHALL:

A.   LEGAL AUTHORITY.  The Community Foundation shall have the legal authority to enter into this agreement, and the institutional, managerial, and financial capability to ensure proper planning, management, and completion of the project, which includes funds sufficient to pay the nonfederal share of project costs, when applicable.

B.   USE OF GOVERNMENT OWNED VEHICLES.  U.S. Forest Service vehicles may be used for official U.S. Forest Service business only in accordance with FSH 7109.19, ch. 60, the requirements established by the region in which performance of this agreement takes place, and the terms of this agreement.

C.   BUILDING AND COMPUTER ACCESS BY NON-U.S. FOREST SERVICE PERSONNEL.  The Community Foundation may be granted access to U.S. Forest Service facilities and/or computer systems to accomplish work described in the Operating Plan or Statement of Work.  All non-government employees with unescorted access to U.S. Forest Service facilities and computer systems must have background checks following the procedures established by USDA Directives 3505 and Departmental Manual 4620-02.  Those granted computer access must fulfill all U.S. Forest Service requirements for mandatory security awareness and role-base advanced security training, and sign all applicable U.S. Forest Service statements of responsibilities.

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

D. Recruit, train, and place a 9-month intern in each of the 9 Forest Service regions to assist the Volunteer Coordinator and/or relevant staff with existing volunteer programs, and to outreach to diverse and non-traditional populations as potential sources of volunteers. Pre-screen intern applications for local (if applicable), diverse, and motivated college students or recent graduates. Interns may be eligible for an AmeriCorps education award. Train interns with MobilizeGreen's science-driven "Sustainability 101" Basic Core Training (3 days) at the beginning of their internship, and provide 6 facilitated webinars over the course of their internship. This training provides critical environmental literacy, professional skill development, and exposure to a range of green careers. Provide evaluation/tracking to follow the progress for interns up to 2 years after internship. Manage intern program, including a weekly stipend of $350, basic health insurance, travel stipend for travel to training and site up to $600 per roundtrip. Provide post-internship career services (career counseling and information, resume services, access to job boards).

## IV.   THE U.S. FOREST SERVICE SHALL:

A.   PAYMENT/REIMBURSEMENT. The U.S. Forest Service shall reimburse the Community Foundation for the U.S. Forest Service's share of actual expenses incurred, not to exceed $252,805 as shown in the Financial Plan. The U.S. Forest Service shall make payment upon receipt of Community Foundation's monthly invoice. Each invoice from The Community Foundation must display the total project costs for the billing period, separated by U.S. Forest Service and The Community Foundation share. In-kind contributions must be displayed as a separate line item and must not be included in the total project costs available for reimbursement. The final invoice must display The Community Foundation's full match towards the project, as shown in the financial plan, and be submitted no later than 90 days from the expiration date.

Each invoice must include, at a minimum:
1. The Community Foundation's name, address, and telephone number
2. U.S. Forest Service agreement number
3. Invoice date
4. Performance dates of the work completed (start & end)
5. Total invoice amount for the billing period
6. Statement that the invoice is a request for payment by 'reimbursement'
7. If using SF-270, a signature is required.
8. Invoice Number, if applicable

The invoice must be sent by one of three methods (email is preferred):

EMAIL:   asc_ga@fs.fed.us

FAX:   877-687-4894

 USDA, Forest Service                                                    OMB 0596-0217
                                                                              FS-1500-10

POSTAL:  USDA Forest Service
         Albuquerque Service Center
         Payments – Grants & Agreements
         101B Sun Ave NE
         Albuquerque, NM 87109

Send a copy to:  Merlene Mazyck, 201 14th Avenue SW, Washington DC 20250

B.    Provide on-the-job training and supervision to interns.

## V.    IT IS MUTUALLY UNDERSTOOD AND AGREED BY AND BETWEEN THE PARTIES THAT:

A.    <u>PRINCIPAL CONTACTS</u>. Individuals listed below are authorized to act in their respective areas for matters related to this agreement.

### Principal Cooperator Contacts:

| Cooperator Program Contact | Cooperator Administrative Contact |
|---|---|
| Name: Leah Allen<br>Address: 1201 15th St. NW<br>City, State, Zip: Washington, DC 20005<br>Telephone: 202-375-7760<br>FAX: 202-955-8084<br>Email: leah@mobilizegreen.org | Name: Angela Jones Hackley<br>Address: 1201 15th St. NW<br>City, State, Zip: Washington, DC 20005<br>Telephone: 202-955-5890<br>FAX: 202-955-8084<br>Email: ajoneshackely@cfncr.org |

### Principal U.S. Forest Service Contacts:

| U.S. Forest Service Program Manager Contact | U.S. Forest Service Administrative Contact |
|---|---|
| Name: Merlene Mazyck<br>Address: 201 14th Avenue SW<br>City, State, Zip: Washington, DC 20250<br>Telephone: 202.205.0650<br>FAX: 202.205.1145<br>Email: mmazyck@fs.fed.us | Name: Susan Brooks<br>Address: 201 14th Avenue SW<br>City, State, Zip: Washington, DC 20250<br>Telephone: 202.205.1736<br>FAX: 202.205.1145<br>Email: slbrooks@fs.fed.us |

B.    <u>NON-LIABILITY</u>. The U.S. Forest Service does not assume liability for any third party claims for damages arising out of this agreement.

C.    <u>NOTICES</u>. Any communications affecting the operations covered by this agreement given by the U.S. Forest Service or The Community Foundation are sufficient only if in writing and delivered in person, mailed, or transmitted electronically by e-mail or fax, as follows:

 USDA, Forest Service                                      OMB 0596-0217
                                                                       FS-1500-10

To the U.S. Forest Service Program Manager, at the address specified in the agreement.

To The Community Foundation, at The Community Foundation's address shown in the agreement or such other address designated within the agreement.

Notices are effective when delivered in accordance with this provision, or on the effective date of the notice, whichever is later.

D.     <u>PARTICIPATION IN SIMILAR ACTIVITIES</u>.  This agreement in no way restricts the U.S. Forest Service or The Community Foundation from participating in similar activities with other public or private agencies, organizations, and individuals.

E.     <u>ENDORSEMENT</u>.  Any of The Community Foundation Community Foundation's contributions made under this agreement do not by direct reference or implication convey U.S. Forest Service endorsement of the Community Foundation's products or activities.

F.     <u>USE OF U.S. FOREST SERVICE INSIGNIA</u>.  In order for the Community Foundation to use the U.S. Forest Service insignia on any published media, such as a Web page, printed publication, or audiovisual production, permission must be granted from the U.S. Forest Service's Office of Communications.  A written request must be submitted and approval granted in writing by the Office of Communications (Washington Office) prior to use of the insignia.

G.     <u>NON-FEDERAL STATUS FOR COOPERATOR PARTICIPANT LIABILITY</u>.  The Community Foundation agree(s) that any of their employees, volunteers, and program participants shall not be deemed to be Federal employees for any purposes including Chapter 171 of Title 28, United States Code (Federal Tort Claims Act) and Chapter 81 of Title 5, United States Code (OWCP), as The Community Foundation hereby willingly agree(s) to assume these responsibilities.

Further, The Community Foundation Community Foundation shall provide any necessary training to the Community Foundation's employees, volunteers, and program participants to ensure that such personnel are capable of performing tasks to be completed.  The Community Foundation shall also supervise and direct the work of its employees, volunteers, and participants performing under this agreement.

H.     <u>MEMBERS OF U.S. CONGRESS</u>.  Pursuant to 41 U.S.C. 22, no United States member of, or United States delegate to, Congress shall be admitted to any share or part of this agreement, or benefits that may arise therefrom, either directly or indirectly.

I.     <u>NONDISCRIMINATION</u>. The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status,

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

J.   ELIGIBLE WORKERS.  The Community Foundation shall ensure that all employees complete the I-9 form to certify that they are eligible for lawful employment under the Immigration and Nationality Act (8 USC 1324a).  The Community Foundation shall comply with regulations regarding certification and retention of the completed forms.  These requirements also apply to any contract awarded under this agreement.

K.   STANDARDS FOR FINANCIAL MANAGEMENT.

1. **Financial Reporting**

The Community Foundation shall provide complete, accurate, and current financial disclosures of the project or program in accordance with any financial reporting requirements, as set forth in the financial provisions.

2. **Accounting Records**

The Community Foundation shall continuously maintain and update records identifying the source and use of funds.  The records shall contain information pertaining to the agreement, authorizations, obligations, unobligated balances, assets, outlays, and income.

3. **Internal Control**

The Community Foundation shall maintain effective control over and accountability for all U.S. Forest Service funds, real property, and personal property assets.  The Community Foundation shall keep effective internal controls to ensure that all United States Federal funds received are separately and properly allocated to the activities described in the agreement.  The Community Foundation shall adequately safeguard all such property and shall ensure that it is used solely for authorized purposes.

4. **Source Documentation**



USDA, Forest Service

OMB 0596-0217
FS-1500-10

The Community Foundation shall support all accounting records with source documentation. These documentations include, but are not limited to, cancelled checks, paid bills, payrolls, contract and subgrant/contract documents, and so forth.

L.  AVAILABILITY OF FUNDS. U.S. Forest Service funds in the amount of $ 252,805 are currently available for performance of this agreement through September 30, 2012. The U.S. Forest Service's obligation for performance of this agreement beyond this date is contingent upon the availability of appropriated funds from which payment can be made. No legal liability on the part of the U.S. Forest Service for any payment may arise for performance under this agreement beyond September 30, 2012 until funds are made available to the U.S. Forest Service for performance and until The Community Foundation receive(s) notice of availability to be confirmed in a written modification by the U.S. Forest Service.

M.  OVERPAYMENT. Any funds paid to the Community Foundation in excess of the amount entitled under the terms and conditions of this agreement constitute a debt to the Federal Government. The following must also be considered as a debt or debts owed by The Community Foundation to the U.S. Forest Service:

- Any interest or other investment income earned on advances of agreement funds; or

- Any royalties or other special classes of program income which, under the provisions of the agreement, are required to be returned;

If this debt is not paid according to the terms of the bill for collection issued for the overpayment, the U.S. Forest Service may reduce the debt by:

1. Making an administrative offset against other requests for reimbursement.
2. Withholding advance payments otherwise due to The Community Foundation.
3. Taking other action permitted by statute (31 U.S.C. 3716 and 7 CFR, Part 3, Subpart B).

Except as otherwise provided by law, the U.S. Forest Service may charge interest on an overdue debt.

N.  AGREEMENT CLOSEOUT. The Community Foundation shall close out the agreement within 90 days after expiration or notice of termination.

Any unobligated balance of cash advanced to The Community Foundation must be immediately refunded to the U.S. Forest Service, including any interest earned in accordance with 7 CFR 3016.21, 7 CFR 3019.22, or other relevant law or regulation.

Within a maximum of 90 days following the date of expiration or termination of this agreement, all financial performance and related reports required by the terms of the agreement must be submitted to the U.S. Forest Service by The Community Foundation.

 USDA, Forest Service      OMB 0596-0217  FS-1500-10

If this agreement is closed out without audit, the U.S. Forest Service reserves the right to disallow and recover an appropriate amount after fully considering any recommended disallowances resulting from an audit which may be conducted later.

O.   <u>PROGRAM PERFORMANCE REPORTS</u>  The Community Foundation shall monitor the performance of the agreement activities to ensure that performance goals are being achieved.

Performance reports must contain information on the following:

- A comparison of actual accomplishments to the goals established for the period. Where the output of the project can be readily expressed in numbers, a computation of the cost per unit of output may be required if that information is useful.

- Reason(s) for delay if established goals were not met.

- Additional pertinent information including, when appropriate, analysis and explanation of cost overruns or high unit costs.

The Community Foundation shall submit quarterly performance reports to the U.S. Forest Service Program Manager.  These reports are due 30 days after the reporting period.  The final performance report shall be submitted either with The Community Foundation's final payment request, or separately, but not later than 90 days from the expiration date of the agreement.

P.   <u>RETENTION AND ACCESS REQUIREMENTS FOR RECORDS.</u>  The Community Foundation shall retain all records pertinent to this agreement for a period of no less than 3 years from the expiration or termination date.  As used in this provision, "records" includes books, documents, accounting procedures and practice, and other data, regardless of the type or format.  The Community Foundation shall provide access and the right to examine all records related to this agreement to the U.S. Forest Service Inspector General, or Comptroller General or their authorized representative.

If any litigation, claim, negotiation, audit, or other action involving the records has been started before the end of the 3-year period, the records must be kept until all issues are resolved, or until the end of the regular 3-year period, whichever is later.

Records for nonexpendable property acquired in whole or in part, with Federal funds must be retained for 3 years after its final disposition.

The Community Foundation shall provide access to any project site(s) to the U.S. Forest Service or any of their authorized representatives.  The rights of access in this section shall not be limited to the required retention period but shall last as long as the records are kept.

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

Q.   FREEDOM OF INFORMATION ACT (FOIA).  Public access to agreement records must not be limited, except when such records must be kept confidential and would have been exempted from disclosure pursuant to Freedom of Information regulations (5 U.S.C. 552).

R.   TEXT MESSAGING WHILE DRIVING.  In accordance with Executive Order (EO) 13513, "Federal Leadership on Reducing Text Messaging While Driving," any and all text messaging by Federal employees is banned: a) while driving a Government owned vehicle (GOV) or driving a privately owned vehicle (POV) while on official Government business; or b) using any electronic equipment supplied by the Government when driving any vehicle at any time. All cooperators, their employees, volunteers, and contractors are encouraged to adopt and enforce policies that ban text messaging when driving company owned, leased or rented vehicles, POVs or GOVs when driving while on official Government business or when performing any work for or on behalf of the Government.

S.   PUBLIC NOTICES.  It is the U.S. Forest Service's policy to inform the public as fully as possible of its programs and activities. The Community Foundation is/are encouraged to give public notice of the receipt of this agreement and, from time to time, to announce progress and accomplishments. Press releases or other public notices should include a statement substantially as follows:

   "Recreation, Heritage, and Volunteer Resources of the U.S. Forest Service, Department of Agriculture provide opportunities for community engagement and service learning in an environment which promotes working together to preserve the public lands legacy."

The Community Foundation may call on the U.S. Forest Service's Office of Communication for advice regarding public notices.  The Community Foundation is/are requested to provide copies of notices or announcements to the U.S. Forest Service Program Manager and to U.S. Forest Service's Office of Communications as far in advance of release as possible.

T.   FUNDING EQUIPMENT.  Federal funding under this agreement is not available for reimbursement of the Community Foundation's purchase of equipment. Equipment is defined as having a fair market value of $5,000 or more per unit and a useful life of over one year.  Supplies are those items that are not equipment; supplies and materials may be purchased using federal funds.

U.   PROPERTY IMPROVEMENTS.  Improvements placed on National Forest System land at the direction or with the approval of the U.S. Forest Service becomes property of the United States.  These improvements are subject to the same regulations and administration of the U.S. Forest Service as would other National Forest improvements.  No part of this agreement entitles The Community Foundation to

 USDA, Forest Service                                                      OMB 0596-0217
                                                                                    FS-1500-10

any interest in the improvements, other than the right to use them under applicable U.S. Forest Service regulations.

V.  CONTRACT REQUIREMENTS.  Any contract under this agreement must be awarded following The Community Foundation's established procurement procedures, to ensure free and open competition, and avoid any conflict of interest (or appearance of a conflict).  The Community Foundation must maintain cost and price analysis documentation for potential U.S. Forest Service review.  The Community Foundation is/are encouraged to utilize small businesses, minority-owned firms, and women's business enterprises.

Additionally, federal wage provisions (Davis-Bacon or Service Contract Act) are applicable to any contract developed and awarded under this agreement where all or part of the funding is provided with U.S. Forest Service funds.  Davis-Bacon wage rates apply on all public works contracts in excess of $2,000 and Service Contract Act wage provisions apply to service contracts in excess of $2,500.

W.  GOVERNMENT-FURNISHED PROPERTY.  The Community Foundation may only use U.S. Forest Service property furnished under this agreement for performing tasks assigned in this agreement. The Community Foundation shall not modify, cannibalize, or make alterations to U.S. Forest Service property.  A separate document, Form AD-107, must be completed to document the loan of U.S. Forest Service property.  The U.S. Forest Service shall retain title to all U.S. Forest Service-furnished property. Title to U.S. Forest Service property must not be affected by its incorporation into or attachment to any property not owned by the U.S. Forest Service, nor must the property become a fixture or lose its identity as personal property by being attached to any real property.

*Cooperator Liability for Government Property.*

1. Unless otherwise provided for in the agreement, The Community Foundation shall not be liable for loss, damage, destruction, or theft to the Government property furnished or acquired under this contract, except when any one of the following applies—

   a. The risk is covered by insurance or The Community Foundationis/are otherwise reimbursed (to the extent of such insurance or reimbursement).

   b. The loss, damage, destruction, or theft is the result of willful misconduct or lack of good faith on the part of the Community Foundation's managerial personnel.  The Community Foundation's managerial personnel, in this clause, means The Community Foundation's directors, officers, managers, superintendents, or equivalent representatives who have supervision or direction of all or substantially all of The Community Foundation's business; all or substantially all of the Community Foundation's operation at any one

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

plant or separate location; or a separate and complete major industrial operation.

2. The Community Foundation shall take all reasonable actions necessary to protect the Government property from further loss, damage, destruction, or theft. The Community Foundation shall separate the damaged and undamaged Government property, place all the affected Government property in the best possible order, and take such other action as the Property Administrator directs.

3. The Community Foundation shall do nothing to prejudice the Government's rights to recover against third parties for any loss, damage, destruction, or theft of Government property.

4. Upon the request of the Grants & Agreements Specialist, The Community Foundation shall, at the Government's expense, furnish to the Government all reasonable assistance and cooperation, including the prosecution of suit and the execution of agreements of assignment in favor of the Government in obtaining recovery.

X.   U.S. FOREST SERVICE ACKNOWLEDGED IN PUBLICATIONS, AUDIOVISUALS AND ELECTRONIC MEDIA.  The Community Foundation shall acknowledge U.S. Forest Service support in any publications, audiovisuals, and electronic media developed as a result of this agreement.

Y.   NONDISCRIMINATION STATEMENT -- PRINTED, ELECTRONIC, OR AUDIOVISUAL MATERIAL.  The Community Foundation shall include the following statement, in full, in any printed, audiovisual material, or electronic media for public distribution developed or printed with any Federal funding.

*"In accordance with Federal law and U.S. Department of Agriculture policy, this institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, or disability.  (Not all prohibited bases apply to all programs.)*

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice and TDD).  USDA is an equal opportunity provider and employer."

If the material is too small to permit the full statement to be included, the material must, at minimum, include the following statement, in print size no smaller than the text:

*"This institution is an equal opportunity provider."*

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

Z.   REMEDIES FOR COMPLIANCE RELATED ISSUES.  If The Community Foundation materially fail(s) to comply with any term of the agreement, whether stated in a Federal statute or regulation, an assurance, or the agreement, the U.S. Forest Service may take one or more of the following actions:

1. Temporarily withhold cash payments pending correction of the deficiency by The Community Foundation or more severe enforcement action by the U.S. Forest Service;

2. Disallow (that is, deny both use of funds and matching credit for) all or part of the cost of the activity or action not in compliance;

3. Wholly or partly suspend or terminate the current agreement for The Community Foundation's program;

4. Withhold further awards for the program, or

5. Take other remedies that may be legally available, including debarment procedures under 7 CFR part 3017.

AA.   TERMINATION BY MUTUAL AGREEMENT.  This agreement may be terminated, in whole or part, as follows:

1. When the U.S. Forest Service and The Community Foundation agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated.

2. By 30 days written notification by The Community Foundation to the U.S. Forest Service setting forth the reasons for termination, effective date, and in the case of partial termination, the portion to be terminated.

If, in the case of a partial termination, the U.S. Forest Service determines that the remaining portion of the agreement will not accomplish the purposes for which the agreement was made, the U.S. Forest Service may terminate the agreement in its entirety.

Upon termination of an agreement, The Community Foundation shall not incur any new obligations for the terminated portion of the agreement after the effective date, and shall cancel as many outstanding obligations as possible.  The U.S. Forest Service shall allow full credit to The Community Foundation for the United States Federal share of the non-cancelable obligations properly incurred by The Community Foundation up to the effective date of the termination.  Excess funds must be refunded within 60 days after the effective date of termination.

BB.   ALTERNATE DISPUTE RESOLUTION – PARTNERSHIP AGREEMENT.  In the event of any issue of controversy under this agreement, the parties may pursue



Alternate Dispute Resolution procedures to voluntarily resolve those issues. These procedures may include, but are not limited to conciliation, facilitation, mediation, and fact finding.

CC.  <u>DEBARMENT AND SUSPENSION</u>.  The Community Foundation shall immediately inform the U.S. Forest Service if they or any of their principals are presently excluded, debarred, or suspended from entering into covered transactions with the Federal Government according to the terms of 2 CFR Part 180. Additionally, should The Community Foundation or any of their principals receive a transmittal letter or other official Federal notice of debarment or suspension, then they shall notify the U.S. Forest Service without undue delay.  This applies whether the exclusion, debarment, or suspension is voluntary or involuntary.

DD.  <u>COPYRIGHTING</u>.  The Community Foundation is/are granted sole and exclusive right to copyright any publications developed as a result of this agreement.  This includes the right to publish and vend throughout the world in any language and in all media and forms, in whole or in part, for the full term of copyright and all renewals thereof in accordance with this agreement.

No original text or graphics produced and submitted by the U.S. Forest Service shall be copyrighted.  The U.S. Forest Service reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use, and to authorize others to use the work for federal government purposes.  This right must be transferred to any sub-agreements or subcontracts.

This provision includes:
- The copyright in any work developed by The Community Foundation under this agreement.
- Any right of copyright to which The Community Foundation purchase(s) ownership with any federal contributions.

EE.  <u>PUBLICATION SALE</u>.  The Community Foundation may sell any publication developed as a result of this agreement.  The publication may be sold at fair market value, which is initially defined in this agreement to cover the costs of development, production, marketing, and distribution.  After the costs of development and production have been recovered, fair market value is defined in this agreement to cover the costs of marketing, printing, and distribution only.  Fair market value must exclude any in-kind or federal government contributions from the total costs of the project.

FF.  <u>MODIFICATIONS</u>.  Modifications within the scope of this agreement must be made by mutual consent of the parties, by the issuance of a written modification signed and dated by all properly authorized, signatory officials, prior to any changes being performed.  Requests for modification should be made, in writing, at least 30 days



USDA, Forest Service

OMB 0596-0217
FS-1500-10

prior to implementation of the requested change. The U.S. Forest Service is not obligated to fund any changes not properly approved in advance.

GG. <u>COMMENCEMENT/EXPIRATION DATE</u>. This agreement is executed as of the date of the last signature and is effective through September 30, 2012, at which time it will expire, unless extended by an executed modification, signed and dated by all properly authorized, signatory officials.

HH. <u>AUTHORIZED REPRESENTATIVES</u>. By signature below, each party certifies that the individuals listed in this document as representatives of the individual parties are authorized to act in their respective areas for matters related to this agreement. In witness whereof, the parties hereto have executed this agreement as of the last date written below.

Terri Lee Freeman, President CFO
The Community Foundation for the National Capital Region

8/31/11
Date

JAMES S. BEDWELL, Director
U.S. Forest Service, Recreation, Heritage, and
Volunteer Resources

8/31/11
Date

The authority and format of this agreement have been reviewed and approved for signature.

VIGDIS JACOBSEN
U.S. Forest Service Grants & Agreements Specialist

8/25/2011
Date

Burden Statement

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0596-0217. The time required to complete this information collection is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

 USDA, Forest Service

OMB 0596-0217
FS-1500-10

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW, Washington, DC 20250-9410 or call toll free (866) 632-9992 (voice). TDD users can contact USDA through local relay or the Federal relay at (800) 877-8339 (TDD) or (866) 377-8642 (relay voice). USDA is an equal opportunity provider and employer.